**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6722**

———————

QUINTIN M. LITTLEJOHN,

                    Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA, with all agents in active concert
both individually and in their official capacity,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   J. Michelle Childs, District
Judge.  (6:13-cv-00369-JMC)

———————

Submitted:  August 29, 2013        Decided:  September 4, 2013

———————

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Quintin Littlejohn, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quintin Littlejohn appeals the district court's order denying relief on his civil complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2013). The magistrate judge recommended that relief be denied and advised Littlejohn that failure to file specific, timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Littlejohn has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2